# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 22-3375

———————————————

Marc Amouri Bakambia

*Plaintiff   Appellant*

v.

Paul Schnell; Vicki Janssen; Paul Gammel, sued in their individual and official capacities; Kenneth Peterson, sued in their individual and official capacities; David Schmitt; Scott Maki; Jesse Pugh; Clemons; E. Rasmussen; Gary Peterson; Tyler Nelson; Tatum

*Defendants   Appellees*

———————————————

Appeal from United States District Court
for the District of Minnesota

———————————————

Submitted: April 5, 2023
Filed: April 20, 2023
[Unpublished]

———————————————

Before COLLOTON, KELLY, and GRASZ, Circuit Judges.

———————————————

PER CURIAM.

Marc Bakambia appeals following an adverse grant of summary judgment in his civil rights action under 42 U.S.C. § 1983.  Upon careful review, we affirm the

grant of summary judgment for the reasons stated by the district court.[1]  *See Moyle v. Anderson*, 571 F.3d 814, 817 (8th Cir. 2009).  We also conclude the district court did not err in ruling on the summary judgment motion without first referring it to a magistrate judge, *see* 28 U.S.C. § 636(b)(1), in denying Bakambia's motions for appointment of counsel, *see Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998), or in denying Bakambia leave to file a supplemental declaration, *see Huggins v. FedEx Ground Package Sys.*, 592 F.3d 853, 857 (8th Cir. 2010).

Accordingly, we affirm the judgment of the district court.  *See* 8th Cir. R. 47B.

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.